UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**ROBERT LOUIS OLLER,**   Case No. 3:12-cv-102-SI

    Plaintiff,

vs.

                      PROPOSED ORDER FOR EAJA FEES

**COMMISSIONER of Social Security,**

    Defendant.

---

    Based upon the Stipulation of the parties, the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, and Plaintiff's EAJA petition, it is hereby ordered that EAJA attorney's fees of **$6841.79** shall be awarded to Plaintiff, unless there is an allowable offset under the Department of the Treasury's Offset Program. See *Astrue v. Ratliff*, 130 U.S. 2521 (2010). There are no costs or expenses.

    If it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Plaintiff's attorney, Alan R. Unkeles, based upon Plaintiff's assignment of these amounts to Plaintiff's attorney.

    If Plaintiff owes federal debt subject to offset under the Department of the Treasury's Offset Program, the EAJA award shall be made payable to him, and mailed to him at his attorney's address, as follows:

PROPOSED ORDER FOR EAJA FEES   3:12-cv-102-SI                                                1

Robert Louis Oller

In care of Alan R. Unkeles

Attorney At Law

3000 NW Stucki Place #230

Hillsboro, OR 97124

If there is no federal debt and the check is made payable to Alan R. Unkeles, the check shall be

mailed to Plaintiff's attorney at the following address:

Alan R. Unkeles

Attorney At Law

3000 NW Stucki Place #230

Hillsboro, OR 97124

DATED this 7th day of June, 2013.

_____

HON. MICHAEL H. SIMON

UNITED STATES DISTRICT JUDGE

Presented by:

/s/__Linda Ziskin_____

**LINDA ZISKIN,** OSB # 011067

(503) 889-0472